ASCENSION LAW GROUP
PAMELA TSAO( 266734)
17802 Irvine Blvd.
Suite A117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff HOANG MINH LE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALIZA ABOOTORAB in her individual capacity and as trustee of the ALIZA-ABOOTORAB FAMILY TRUST,<br><br>Defendants. | Case No.: 5:17-cv-02323-JGB-SHK<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Hon. Jesus G. Bernal *presiding*] |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice in its entirety. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated: April 16, 2018

Judge, United States District Court,
Central District of California